IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KOBA LOMIDZE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER DOWNS AND MARINA, LLC, | : | |
| d/b/a HARRAH'S PHILADELPHIA | : | NO. 14-1279 |

## ORDER

**AND NOW**, this 16th day of April, 2015, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 30) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claim pursuant to the New Jersey Law against Discrimination, N.J. Stat. Ann. § 10:5-1 *et seq.*, is **DISMISSED** at Plaintiff's request.

2. Defendant's Motion for Summary Judgment is **GRANTED** as to all other claims asserted in the Complaint.

3. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.

4. The Clerk is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.